UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CESIUMASTRO, INC.,<br><br>   *Plaintiff*,<br><br>   v.<br><br>ERIK LUTHER and ANYSIGNAL, INC.,<br><br>   *Defendants*. | Case No. 1:24-cv-00314-RP |

**ORDER GRANTING CESIUMASTRO, INC.'S MOTION FOR EXPEDITED DISCOVERY AND SETTING BRIEFING SCHEDULE**

Plaintiff CesiumAstro, Inc. ("CesiumAstro") has filed a Motion for an Order Permitting Expedited Discovery and Setting Briefing Schedule (the "Motion"). Having considered CesiumAstro's Motion, the other pleadings on file, the evidence presented, and arguments of counsel, the Court finds that good cause exists to permit CesiumAstro to immediately serve the discovery attached as Exhibits A through C to the Motion and to require Defendant Erik Luther to respond on the schedule set forth below in advance of any forthcoming Motion for Preliminary Injunction that CesiumAstro may file.

Therefore, it is hereby ORDERED that:

1. CesiumAstro's Motion for an Order Permitting Expedited Discovery and Setting Briefing Schedule is GRANTED;

2. CesiumAstro is granted leave to conduct the following discovery on an expedited basis:

    a. Seven days from this Court's Order, CesiumAstro may serve on Luther a

      total of five RFPs and six interrogatories.

b. 14 days from this Court's Order, Luther shall serve any objections to any RFPs and interrogatories.

c. 21 days from this Court's Order, Luther shall serve initial disclosures pursuant to Fed. R. Civ. P. 26.

d. 30 days from this Court's Order, Luther shall (a) serve written responses and objections to any interrogatories, and (b) complete his production of documents responsive to any RFPs.

e. Within 7 days of his production, Luther shall serve a privilege log.

f. Within 14 days of his production, CesiumAstro may depose Luther for no more than five hours on the record.

g. 14 days after the completion of any and all depositions contemplated by this Motion, CesiumAstro shall file any motion for preliminary injunction with supporting declarations.  The briefing schedule for this motion shall be governed by Local Civil Rule 7-1.

IT IS SO ORDERED.

                                                                      The Honorable Robert L. Pitman
                                                                         United States District Judge