# EXHIBIT C

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| CESIUMASTRO, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>ERIK LUTHER and ANYSIGNAL, INC.,<br><br>*Defendants*. | Case No. 1:24-cv-00314-RP<br><br>**PLAINTIFF'S EXPEDITED DISCOVERY NOTICE OF DEPOSITION OF DEFENDANT ERIK LUTHER** |

**PLAINTIFF CESIUMASTRO, INC.'S NOTICE OF FED. R. CIV. P. 30(b) DEPOSITION OF DEFENDANT ERIK LUTHER**

To:     Defendant Erik Luther, by and through his counsel of record:

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff CesiumAstro, Inc. will take the videotaped deposition of Defendant Erik Luther on a mutually agreeable date to be determined by the parties pursuant to the deadlines set by the Court in its order granting CesiumAstro leave to conduct expedited discovery, starting at 9:00 A.M. Pacific Time, or at such other time as may be agreed by counsel, and ending after five hours on the record.

The deposition will be stenographically recorded utilizing real-time reporting and will be taken before a person authorized to administer oaths in the place where the deposition is taken. The deposition will be videotaped.

Dated:  April 8, 2024

Respectfully submitted,

O'MELVENY & MYERS LLP

*/s/ Kristin C. Cope*
David S. Almeling (*pro hac vice*)
dalmeling@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111
Telephone:  +1 415 984 8700
Facsimile:  +1 415 984 8701

Kristin C. Cope *(pro hac vice)*
kcope@omm.com
Patrick V. Plassio
Texas Bar No. 24102362
pplassio@omm.com
2801 North Harwood Street, Suite 1600
Dallas, Texas 75201
Telephone:  +1 972 360 1900
Facsimile:  +1 972 360 1901

**Attorneys for Plaintiff CesiumAstro, Inc.**