# EXHIBIT H

# Sign out of iCloud on your devices

If you want to stop using iCloud on one of your devices, learn how to sign out and what happens when you sign out.

## What happens when you sign out of iCloud on your device

You can sign out of iCloud to stop using iCloud and its related services on your device. These services are listed below. Before signing out, make sure that you're comfortable having these services turned off. If you only want to stop using some iCloud features, you can change your iCloud settings instead of signing out of iCloud.

- Apple Pay, Apple Cash, and Apple Card[1]
- Find My
- Game Center
- Home app to control your HomeKit devices
- iCloud Backup
- iCloud Drive
- iCloud Keychain
- iCloud Mail
- iCloud Photos
- iCloud Shared Photo Library
- Siri Shortcuts
- Voice Memos

- Shared Albums
- Messages in iCloud
- Reminders
- Shared Notes
- Shared Pages, Numbers, and Keynote documents
- Updates to your contacts, calendars, reminders, bookmarks, and Safari tabs
- Continuity features like Handoff, Universal Clipboard, and Auto Unlock with your Apple Watch
- App data for any third-party apps that you've installed that use iCloud

When you sign out, any information stored in iCloud remains available in iCloud. That information will be removed from your device unless you choose to keep a copy of that data when prompted.

If you have iCloud+ and you sign out of iCloud on your device, you lose access to iCloud Private Relay, Hide My Email, HomeKit Secure Video support, and custom email domain on that device.[2]

### How to keep using the App Store, iMessage, and FaceTime on your device

When you sign out of iCloud, you're also automatically signed out of the App Store, iMessage, and FaceTime.

- To keep using the App Store, sign in with your Apple ID.
- To keep using iMessage and FaceTime, use your phone number.

# Sign out on your iPhone, iPad, or Apple Vision Pro

1. Go to Settings, then tap your name.
2. Scroll down to the bottom.



3. Tap Sign Out.
4. Enter your Apple ID password and tap Turn Off. [Forgot your Apple ID password](#)?
5. Turn on the data that you want to keep a copy of on your device.
6. Tap Sign Out.
7. Tap Sign Out again to confirm that you want to sign out of iCloud.

[Learn what to do if you can't tap your Apple ID or you can't sign out due to restrictions](#)

# Sign out on your Mac

In macOS Ventura or later:

1. Choose Apple menu  > System Settings.
2. Click your name.



3. Click Sign Out.

4. If you want to a keep a copy of your iCloud data on your Mac before you sign out, make sure that you select the appropriate checkboxes. Then click Keep a Copy.

5. If you want to keep a copy of your Safari passwords on your Mac, click Keep on This Mac.

In macOS Monterey or earlier:

1. Choose Apple menu  > System Preferences.

2. Click Apple ID, then click Overview.

3. Click Sign Out.

4. If you want to a keep a copy of your iCloud data on your Mac before you sign out, make sure that you select the appropriate checkboxes. Then click Keep a Copy.

5. If you want to keep a copy of your Safari passwords on your Mac, click Keep on This Mac.

# Sign out on your Apple Watch

When you sign out of iCloud on the iPhone that's paired with your Apple Watch, you're automatically signed out of iCloud on your Apple Watch.

If you set up an Apple Watch for a family member, learn how to unpair and erase that Apple Watch.

# Sign out on your Apple TV

1. Go to Settings.

2. Select Users and Accounts.
   - For the default account, select your name, then choose Remove User from Apple TV.
   - For additional accounts, select your name, select iCloud, then choose Sign Out.

# Sign out of iCloud for Windows

4/4/24, 11:54 AM
Case 1:24-cv-00314-RP    Document 14-10    Filed 04/08/24    Page 5 of 5
Sign out of iCloud on your iPhone, iPad, Apple TV, or Mac – Apple Support

1. Open iCloud for Windows.

2. Click Sign out.

1. Your Apple Cash and Apple Card accounts are linked to your Apple ID. They can't be transferred to a different Apple ID or accessed by a different Apple ID.

2. Not all features are available in all countries or regions.

Published Date: February 02, 2024

**Helpful?**     Yes     No



## Related topics

Manage and use your Apple ID ›

Sign in with your Apple ID ›

Change your Apple ID password ›



## Explore Apple Support Community

Find what's been asked and answered by Apple customers.

Search the Community

Submit



## Contact Apple Support

Need more help? Save time by starting your support request online and we'll connect you to an expert.

Get started ›

Support    Sign out of iCloud on your iPhone, iPad, Apple TV, or Mac

Copyright © 2024 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Site Map    United States