# EXHIBIT I

# Well over 20,000 people every month use Logic — at Tesla, SpaceX, Apple, Google, and virtually every other hardware manufacturer on the planet.

Saleae logic analyzers are used by electrical engineers, firmware developers, enthusiasts, and engineering students to record, measure, visualize, and decode the signals in their electrical circuits.

## Our Mission

Our mission is to make test equipment that's a joy to use, and to push the entire industry in that direction. We believe there is tremendous opportunity to invent in this space.

# Test equipment needs love, and we're going to give it.

## Beginnings

We love great engineering tools – but when we were looking for a logic analyzer, the options we found weren't particularly inspiring or affordable. So we decided to try and

make our own.

The first very first Logic was bravely purchased by Chip C. on June 3rd 2008, on eBay. In those days, Joe hand-assembled each device—applying solder paste, placing parts with tweezers, and soldering with a hot air pencil.

# Designed in the San Francisco Bay Area

## Where we're located

Our offices are located just south of beautiful San Francisco.

## Address:

408 N Canal St
Unit A
South San Francisco, CA
94080

☰ saleae Cart






**Joe Garrison**
CEO

**Mark Garrison**
VP Engineering

**Debora Georgino**
Head of Operations

**Kristina C**
Office Manager






**Tanveer Junayed**
Chief Designer

**Rani Horev**
Sr. Software Engineer

**Ryan Huffman**
Sr. Software Engineer

**John Colanduoni**
Sr. Software Engineer






**John Artiuch**
Head of Hardware

**Tim Reyes**

**Janelle R**
Customer Advocate

**Joseph C**
Customer Advocate

Hardware Engineer and
Support Manager



### Jonathan G

Hardware Engineer and
Customer Advocate

## We are hiring

No positions available

**Join Our Team**

**Products**

Specifications

Accessories

FAQ | Warranty

Connect with us: 

**Software**

Downloads

Features

Ideas and Feedback

Supported Protocols

**Support**

Getting Started

All Articles

User Forum

Contact us

+1 510 9842463

**About**

About

Team

Blog

Jobs

Terms and Conditions     Privacy Policy     © 2024 Saleae, Inc     Finland (EUR €)