**FILED**

May 01, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Julie Golden_____
                                    DEPUTY

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

CESIUMASTRO, INC.,

    *Plaintiff,*

        v.

ERIK LUTHER and ANYSIGNAL, INC.,

    *Defendants*.

Case No. 1:24-cv-00314-RP

**ORDER GRANTING UNOPPOSED MOTION
FOR ENTRY OF AN ORDER REGARDING JOINT STATUS REPORT
<u>BETWEEN CESIUMASTRO AND DEFENDANT ANYSIGNAL, INC.</u>**

Plaintiff CesiumAstro, Inc. ("CesiumAstro") filed a Unopposed Motion for Entry of an Order Regarding Joint Status Report Between CesiumAstro and Defendant AnySignal, Inc. ("AnySignal") (the "Motion"). CesiumAstro requests that the Court enter an order resolving the one remaining dispute about the scope of expedited document discovery outlined in the parties' joint status report filed on April 26, 2024. ECF No. 22 ¶ 10. The parties indicated in this joint status report that they requested a ruling from the Court on this issue. *Id.*

The Court has considered the parties' positions, and by placing its initials next to the prevailing proposal below, hereby ORDERS that, consistent with and under the terms of the parties' other agreements in the Joint Status Report and Motion, AnySignal shall produce the documents in the proposal indicated below:

1

2

| Court's Ruling: | _____ CesiumAstro's Proposal | ✓ AnySignal's Proposal |
|---|---|---|
| | 1. All Communications between AnySignal and Luther dated after December 27, 2020. | **1. All Communications between AnySignal and Luther dated after December 27, 2020 regarding Investor C, Customer A, or confidential CesiumAstro information.** |
| | 2. All Documents and Communications regarding or referencing Luther dated after December 27, 2020. | **2. All Documents and Communications regarding or referencing Luther dated after December 27, 2020 regarding Investor C, Customer A, or confidential CesiumAstro information.** |
| | 3. All Documents in your possession, custody, or control, if any, containing or reflecting any CesiumAstro Information. | **3. All Documents in your possession, custody or control, if any, containing or reflecting any confidential CesiumAstro Information.** |

IT IS SO ORDERED this 1st day of May, 2024.

The Honorable Robert Pitman
United States District Judge