IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CESIUMASTRO, INC.,<br><br>   *Plaintiff*,<br><br>v.<br><br>ERIK LUTHER and ANYSIGNAL, INC.,<br><br>   *Defendants*. | Case No. 1:24-cv-00314-RP |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party  CesiumAstro, Inc.

through counsel  Kristin C. Cope

___  consents to having a United States Magistrate Judge preside over the trial in this case.

xxx  declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

/s/ Kristin C. Cope

Attorney for:  CesiumAstro, Inc.

1