UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CESIUMASTRO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ERIK LUTHER and ANYSIGNAL, INC., <br><br> *Defendants*. | Case No. 1:24-cv-00314-RP |

**PLAINTIFF CESIUMASTRO, INC.'S NOTICE OF FILING OF UNREDACTED RESPONSE IN OPPOSITION TO DEFENDANT ANYSIGNAL, INC.'S MOTION FOR A PROTECTIVE ORDER AND EXHIBITS C, F, AND M THERETO**

Pursuant to the Court's July 18, 2024 Order (ECF No. 55), which granted in part and denied in part Plaintiff CesiumAstro, Inc.'s ("CesiumAstro's") Motion to Seal CesiumAstro's Response in Opposition to AnySignal's Motion for Protective Order and Accompany Exhibits (the "Motion to Seal," ECF No. 38), CesiumAstro hereby files an unredacted version of its Response in Opposition to AnySignal's Motion for Protective Order (the "Response," ECF No. 38-1) and Exhibits C, F, and M thereto (ECF Nos. ECF No. 38-2, 38-5, 38-12).  With respect to the Response, CesiumAstro understands the Court's Order to require the unredacted filing of any content relating to which the Court *denied* the Motion to Seal, while permitting the continued redaction of content relating to which the Court *granted* the Motion to Seal.  Should the Court or clerk direct otherwise, CesiumAstro will follow that direction.

Dated: July 25, 2024

Respectfully submitted,

O'MELVENY & MYERS LLP

/s/ Kristin C. Cope
David S. Almeling (*pro hac vice*)
dalmeling@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

Kristin C. Cope
kcope@omm.com
Patrick V. Plassio
Texas Bar No. 24102362
pplassio@omm.com
2801 North Harwood Street, Suite 1600
Dallas, Texas 75201
Telephone: +1 972 360 1900
Facsimile: +1 972 360 1901

**Attorneys for Plaintiff CesiumAstro, Inc.**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 25, 2024.

                                                     */s/ Kristin C. Cope*
                                                     Kristin C. Cope