# EXHIBIT F

**Plassio, Patrick V.**

| | |
|---|---|
| **From:** | Plassio, Patrick V. |
| **Sent:** | Tuesday, May 7, 2024 9:27 AM |
| **To:** | Morton, Phillip; Gershenson, Adam |
| **Cc:** | Almeling, David; Cope, Kristin; Strauss, Samantha A; Plassio, Patrick V. |
| **Subject:** | RE: CesiumAstro v. Luther, et al. - Disclosure of Investor C and Customer A Identities |

Phil,

==We have conferred with our client and agree to re-designating the identities of Investor C and Customer A to "Confidential" under the terms of the protective order.==

Insofar as your emails suggest otherwise, we do not view this re-designation as required by the parties' agreement as memorialized in recently filed JSR. Instead, we take your point that disclosure on these terms will facilitate the exchange of discovery. Accordingly, we expect this disclosure will assist AnySignal in providing discovery responses and productions that are as complete as possible, in line with the parties' agreements and the court's order.

Patrick V. Plassio
O: +1-972-360-1931
M: +1-717-979-3185
pplassio@omm.com

---

**From:** Morton, Phillip <pmorton@cooley.com>
**Sent:** Monday, May 6, 2024 3:48 PM
**To:** Plassio, Patrick V. <pplassio@omm.com>; Gershenson, Adam <agershenson@cooley.com>
**Cc:** Almeling, David <dalmeling@omm.com>; Cope, Kristin <kcope@omm.com>; Strauss, Samantha A <sastrauss@cooley.com>
**Subject:** Re: CesiumAstro v. Luther, et al. - Disclosure of Investor C and Customer A Identities

[EXTERNAL MESSAGE]

Patrick-

Please confirm we can share the identities of Customer A and Investor C with AnySignal personnel. We need to be able to share that information with AnySignal personnel in order to move forward.

Regards,
Phil

1

**From:** Morton, Phillip <pmorton@cooley.com>
**Sent:** Friday, May 3, 2024 10:35 PM
**To:** Plassio, Patrick V. <pplassio@omm.com>; Gershenson, Adam <agershenson@cooley.com>
**Cc:** Almeling, David <dalmeling@omm.com>; Cope, Kristin <kcope@omm.com>
**Subject:** Re: CesiumAstro v. Luther, et al. - Disclosure of Investor C and Customer A Identities

Patrick-

The identity of Customer A and Investor C are fundamental to the agreement to conduct expedited discovery.  How do you expect us to investigate or obtain the expedited discovery from AnySignal when we can't identify Customer A or Investor C to anyone at the company?  How will AnySignal answer written deposition questions about Customer A or Investor C without their identities?

CesiumAstro cannot reasonably expect AnySignal to move forward with any of the expedited discovery without sharing the identity of Customer A and Investor C with personnel at AnySignal.  We ask that your client reconsider this position.

Regards,
Phil

---

**From:** Plassio, Patrick V. <pplassio@omm.com>
**Sent:** Friday, May 3, 2024 10:03 PM
**To:** Morton, Phillip <pmorton@cooley.com>; Gershenson, Adam <agershenson@cooley.com>
**Cc:** Almeling, David <dalmeling@omm.com>; Cope, Kristin <kcope@omm.com>; Plassio, Patrick V. <pplassio@omm.com>
**Subject:** RE: CesiumAstro v. Luther, et al. - Disclosure of Investor C and Customer A Identities

**[External]**

---

Phil,

I'm not sure I understand your request.  As I noted, this sensitive information is designated AEO.  Consistent with that designation and paragraph 2(a) of the protective order, this information may *not* be shared with personnel at AnySignal.

Patrick V. Plassio
O: +1-972-360-1931
M: +1-717-979-3185
pplassio@omm.com

---

**From:** Morton, Phillip <pmorton@cooley.com>
**Sent:** Friday, May 3, 2024 6:43 PM
**To:** Plassio, Patrick V. <pplassio@omm.com>; Gershenson, Adam <agershenson@cooley.com>
**Cc:** Almeling, David <dalmeling@omm.com>; Cope, Kristin <kcope@omm.com>
**Subject:** Re: CesiumAstro v. Luther, et al. - Disclosure of Investor C and Customer A Identities

**[EXTERNAL MESSAGE]**

Patrick-

Without prejudice to our right to challenge this confidentiality designation, please confirm that we may share this information with personnel at AnySignal.

Regards,
Phil

---

**From:** Plassio, Patrick V. <pplassio@omm.com>
**Sent:** Friday, May 3, 2024 7:26 PM
**To:** Morton, Phillip <pmorton@cooley.com>; Gershenson, Adam <agershenson@cooley.com>
**Cc:** Almeling, David <dalmeling@omm.com>; Cope, Kristin <kcope@omm.com>; Plassio, Patrick V. <pplassio@omm.com>
**Subject:** CesiumAstro v. Luther, et al. - Disclosure of Investor C and Customer A Identities

[External]

Phil, Adam,

Pursuant to paragraph 9 of the JSR we filed last week (ECF No. 22), Investor C's identity is Lavrock Ventures and Customer A's identity is Vast. This information is designated Attorneys Eyes Only under the protective order and must be treated as such.

# O'Melveny

**Patrick V. Plassio**
Counsel
pplassio@omm.com
O: +1-972-360-1931
M: +1-717-979-3185

O'Melveny & Myers LLP
2801 N. Harwood Street, Suite 1600
Dallas, TX  75201
Website | LinkedIn

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

4