# EXHIBIT M

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 3 | Date Range: 8/21/2023 |

**Outline of Conversations**

 **CHAT - CB0000001 - 00296 - 2023-08-21** • 3 messages on 8/21/2023 • Erik Luther <+15126801736> • Malsbury, John <(386) 453-0111>

AS_0000000042

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **CHAT - CB0000001 - 00296 - 2023-08-21**

EL   **Erik Luther <+15126801736>**                     ▶ 8/21/2023, 1:13 PM

I'm on ice for 12 months. No SDR for next 12 months.

JM   **Malsbury, John <(386) 453-0111>**                ◀ 8/21/2023, 1:13 PM

Liked "I'm on ice for 12 months. No SDR for next 12 month…"

JM   **Malsbury, John <(386) 453-0111>**                ◀ 8/21/2023, 1:34 PM

From lawyer??

CONFIDENTIAL                                                          AS_0000000043