IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CESIUMASTRO, § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | No. 1:24-cv-314 |
| ERIK LUTHER and § | |
| ANYSIGNAL, INC., § | |
| Defendants. § | |
| § | |

ORDER

Before the Court is Defendant Erik Luther's ("Luther") Omnibus Emergency Motion for Hearing, Motion to Stay, and Motion for Rule 11 Sanctions ("Motion"), filed on March 29, 2024. (Dkt. # 10.) Plaintiff did not respond to the Motion. The only other pending motion before the Court is a Motion to Dismiss, filed by Defendant AnySignal, Inc. ("AnySignal") on July 1, 2024. (Dkt. # 49.) The case was transferred to the undersigned on August 9, 2024. (Dkt. # 58.)

Given the time elapsed since the "emergency" Motion's filing, the lack of response by Plaintiff to the motion, and the recent reassignment of this case, the Court **DENIES WITHOUT PREJUDICE** Luther's Motion. (Dkt. # 10.) Luther may amend the motion in light of these circumstances and refile.

**IT IS SO ORDERED.**

Signed: August 16, 2024.

_____
David Alan Ezra
Senior United States District Judge